DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALAN CALVON BEDWARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0072

[February 12, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen, Judge; L.T. Case No. 50-2022-CF-005041-AXXX-MB.

Daniel Eisinger, Public Defender, and Devin M. Johnson, Assistant Public Defender, West Palm Beach, for appellant.

John M. Guard, Acting Attorney General, Tallahassee, and Pablo I. Tapia, Assistant Attorney General, West Palm Beach, for appellee.

### *ON MOTION FOR WRITTEN OPINION*

PER CURIAM.

We grant appellant's December 23, 2024 motion for written opinion, withdraw the per curiam affirmed opinion issued on December 19, 2024, and substitute the following opinion in its place.

*Affirmed. See Oquendo v. State,* 357 So. 3d 214 (Fla. 2d DCA 2023); *Cowins v. State,* 393 So. 3d 734 (Fla. 4th DCA 2024).

GERBER, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***